STATE EX REL. COLE *v.* LAKE COUNTY CRIMINAL
COURT, ET AL.
STATE EX REL. BUCHANAN *v.* CRISS, JUDGE.
WILLIAMS *v.* OSBORN, JUDGE, ET AL.
KETCHUM *v.* MARSHALL, JUDGE.

[Nos. O-247, O-252, O-241, O-231. Filed January 10, 1952.]

*Eddie Cole, Eligah Buchanan, Denton Williams* and
*Roscoe Ketchum, pro sese.*

PER CURIAM.—These original actions seek alternative
writs of mandamus to require respondent courts to act
in proceedings the respective petitions allege pending.
In such matters, trial courts act by their records, and
none of the petitions here have certified copies of the
pleadings, orders and entries set out therein or made
exhibits thereto as required by Rule 2-35. Therefore,
we are not advised as to the records of the trial courts,

and each petition is denied. *Lester* v. *Grant Circuit Court* (1948), 226 Ind. 186, 78 N. E. 2d 785.

NOTE.—Reported in 102 N. E. 2d 761.